UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. M-10-0847-S3-03 |
| ABIEL GONZALEZ-BRIONES<br>also known as "R2"<br>also known as "Tacua" | |

## CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about September 2, 2009, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ABIEL GONZALEZ-BRIONES**
also known as "R2"
also known as "Tacua"

did knowingly and intentionally use any communication facility, a telephone, telephone number (899-271-7432) in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section[s] 846, 841(a), that is, possession with intent to distribute Marijuana.

In violation of Title 21, United States Code, Section 843(b)

RYAN K. PATRICK
UNITED STATES ATTORNEY

*[signature]*
Patricia Cook Profit
Assistant United States Attorney