UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ' |
| v. | ' Criminal No. M-10-0847-S3-03 |
| ABIEL GONZALEZ-BRIONES<br>also known as "R2"<br>also known as "Tacua" | ' |

## NOTICE OF PLEA AGREEMENT

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its United States Attorney for the Southern District of Texas and its Assistant United States Attorney assigned to this matter, and would respectfully show the Court that the Government and the Defendant have entered into the following plea agreement:

1. Defendant agrees to plead guilty to the Criminal Information;

2. The Government will recommend:

   a. that the offense level decrease by 2 levels pursuant to U.S.S.G. ' 3E1.1(a) if the defendant clearly demonstrates acceptance of responsibility; and

   b. that all counts of the 1st, 2nd, and 3rd superseding indictment be dismissed at the time of sentencing.

If the Defendant is not a citizen of the United States of America, a plea of guilty may result in removal from the United States, denial of citizenship and denial of admission to the United States in the future. If the Defendant is a naturalized United States citizen, a plea of guilty may result in denaturalization.

This document states the complete and only Plea Agreement between the United States of America and the Defendant, and is binding only on the parties to this Agreement, and it supersedes all prior understandings, if any, whether written or oral, and cannot be modified other than in writing and signed by all parties or on the record in Court. No other promises or inducements have been or will be made to the Defendant in connection with this case, nor have

## ACKNOWLEDGMENTS:

I have read this agreement and carefully reviewed every part of it with my attorney. If I have difficulty understanding the English language, I have had a person fluent in the Spanish language interpret this agreement to me.

Date: 11-16-20                                             Defendant: *[signature]*

I am the Defendant's counsel. I have carefully reviewed every part of this agreement with the Defendant. I certify that this agreement has been translated to my client by a person fluent in the Spanish language if my client is unable to read or has difficulty understanding the English language.

Date: 11-16-20                              _____
                                            Counsel for Defense

For the United States of America:

RYAN K. PATRICK
United States Attorney

_____
Patricia Cook Profit
Assistant United States Attorney

APPROVED BY:

*[signature]*
James H. Sturgis
Assistant United States Attorney in Charge